UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH M. MORGAN,

    Plaintiff,

-vs-

DEARBORN HEIGHTS POLICE OFFICER
C. PELLERITO (BADGE #48), OFFICER
P. THOMAS (BADGE #31), OFFICER JANE
DOE, OFFICER RICHARD ROE, CITY OF
DEARBORN HEIGHTS, AARON HICKS and
STEPHANIE HICKS, Jointly and Severally,

    Defendants,

and

AARON HICKS and STEPHANIE HICKS,

    Defendants/Counter-Plaintiffs,

-vs-

KEITH M. MORGAN,

    Plaintiff/Counter-Defendant.

Case No: 2:06-15223-CV
Hon.: Avern Cohn
Referral Judge: R. Steven Whalen

_____/

| | |
|---|---|
| JOHN LARKIN (P45752)<br>Law Office of John Larkin, PC<br>Attorney for Plaintiff/Counter-Defendant<br>(734) 422-2111 | LEONARD A. HENK (P26651)<br>**Kallas & Henk PC**<br>Attorney for Defendant/Counter-Plaintiffs Hicks<br>43902 Woodward Ave. Suite 200<br>Bloomfield Hills, Michigan 48302<br>(248) 335-5450 ext. 202<br><br>JEFFREY R. CLARK (P33074)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorney for Defendants Pellerito, Thomas<br>(734) 261-2400 |

_____/

## ORDER OF DISMISSAL

At a session of said Court held in the Courthouse, in the
City of Detroit, County of Wayne, State of Michigan, on
_____May 22, 2008_____.

PRESENT: HONORABLE AVERN COHN
UNITED STATES DISTRICT COURT JUDGE

Based upon the agreement of counsel for Plaintiffs and Defendants AARON and STEPHANIE HICKS ;

**IT IS HEREBY ORDERED** that the Complaint in this case by Plaintiff against AARON and STEPHANIE HICKS and the Counter-Complaint by AARON and STEPHANIE HICKS against Plaintiff are hereby dismissed, with prejudice, but without costs, interest and attorney fees.

**IT IS FURTHER ORDERED** that this order does not close this file since the case remains open as to the remaining Defendants.

I Stipulate to the Entry of This Order:

| | |
|---|---|
| /s/John Larkin | S/AVERN COHN |
| JOHN LARKIN (P45752) | U.S. DISTRICT COURT JUDGE |
| Attorney for Plaintiff | |

 /s/Leonard A. Henk
LEONARD A. HENK (P26651)
Attorney for Defendants HICKS